UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br>　　　　　Plaintiff,<br>　　v.<br>JOSEPH BERNARDINI, et al.,<br>　　　　　Defendants. | Case No. 21-cv-08560-RS<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SERVE DEFENDANTS BY PUBLICATION** |

Plaintiff's prior motion to serve Defendants by publication was denied without prejudice because the proposed publication for circulation, the West County Times, was not a newspaper currently in circulation in Alameda County. Dkt. No. 13. Plaintiff now proposes conducting service by publication in the Valley Times, and states "Plaintiff's counsel has been in communication with Bay Area News Group and confirmed that the Valley Times is currently circulating in the Dublin area, which is where Defendants' last know mailing address is located." A review of the Bay Area News Group website does not show the existence of an active publication called the Valley Times, and Plaintiff has provided no documentary proof of its existence other than a statement in a declaration from Plaintiff's counsel. The administrative motion is therefore denied without prejudice. Plaintiff must produce some evidence that the publication is currently in circulation before the Court will approve a request to conduct service by publication.

1  **IT IS SO ORDERED**.

3  Dated: June 16, 2022

_____
RICHARD SEEBORG
Chief United States District Judge